# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| BRIAN WALL, JAMES FERRY & CHAD WHITE, On behalf of themselves and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CENTRAL MISSOURI CABLE CONTRACTING, INC., et al. <br><br> Defendants. | Case No. 2:13-cv-04215-NKL |

## ORDER APPROVING SETTLEMENT AGREEMENT AND RELEASE

Now on this day, the Court takes up the parties' Joint Motion for Approval of their Settlement Agreement and Release, [Doc. 44]. Being duly advised of the premises, and for good cause shown, the Court finds and orders as follows:

The subject Settlement Agreement and Release ("Agreement") was reached as part of contested litigation to resolve *bona fide* disputes regarding Plaintiffs' claims against Defendants. The Agreement is adequate, reasonable, voluntary, and fair, and reflects meaningful monetary recovery to resolve disputed wage claims.

The parties' Joint Motion for Approval of the Agreement is hereby **GRANTED**, and the Court hereby **APPROVES** the Agreement. The Court retains jurisdiction over enforcement of the settlement agreed to by the parties.

**IT IS SO ORDERED.**

s/ Nanette K. Laughrey
                                                            NANETTE K. LAUGHREY
                                                            United States District Judge

Dated: July 30, 2014
Jefferson City, Missouri